# UNITED STATES COURT OF APPEALS
## THE DISTRICT OF COLUMBIA CIRCUIT

_____ )
                                    )

**Robin S. Marcato**                  )

                                    )          **19-1041**

         **Appellant,**        )

                                    )

         **v.**                )

                                    )

**Merit Systems Protection Board**    )

       **Respondents.**      )
_____ )

**Petition for Review of Order of an Agency, Board, Commission or Officer**

Appellant Robin S. Marcato hereby petitions this Court for review of the Merit Systems Protection Board (MSPB) decision in *Marcato v. Agency for International Development,* MSPB Docket No. DC-0752-18-0075-I-2, which became final on December 21, 2018, finding that the Agency for International Development did not violate the Whistleblower Protection Act. 5 U.S.C. § 2302(b)(8)-(9).

Dated: February 13, 2019 Respectfully Submitted,

*/s/ Kathleen McClellan*

_____
Kathleen McClellan
Bar No. 59844
Whistleblower & Source Protection Program (WHISPeR)
ExposeFacts
910 17th Street, NW
Suite 800
Washington, DC  20006
Tel: (301) 351-3582
Kathleen@exposefacts.org
*Counsel for Appellant Robin S. Marcato*

Jesselyn Radack
Whistleblower & Source Protection Program (WHISPeR)
ExposeFacts
910 17th Street, NW
Suite 800
Washington, DC  20006
Tel: (202) 369-1749
Jess@exposefacts.org
*Counsel for Appellant Robin S. Marcato*

_____  )
                                   )
**Robin S. Marcato**               )
                                   )
     **Appellant,**                )
                                   )
          **v.**                   )
                                   )
**Merit Systems Protection Board**  )
                                   )
     **Respondent**                )
_____  )

**Certificate of Service**

I certify that on this day, I served the enclosed Petition for Review on

Merit Systems Protection Board:

Clerk of the Board
1615 M Street, NW
Washington, DC 20419
**Method of Service: FedEx**

Agency for International Development:

Nicole L. Angarella
Agency for International Development
1300 Pennsylvania Ave, NW
RRB Room 6.06.104
Washington, DC 20523
**Method of Service: FedEx**

Adam D. Kaplan
Agency for International Development
1300 Pennsylvania Ave. NW; Suite 6.06D
Washington, DC 20523
**Method of Service: U.S. Mail**

Kristyn Nicola Harrison
Agency for International Development
1300 Pennsylvania Ave NW, Suite 6.06-D
Washington, DC 20523
**Method of Service: U.S. Mail**

Samantha K. Parker
Agency for International Development
1300 Pennsylvania Avenue, NW
Immediate Office, Room 6.6-D
Washington, DC 20523
**Method of Service: U.S. Mail**

Dated:  February 13, 2019

*/s/ Kathleen McClellan*

_____

Kathleen McClellan
Bar No. 59844
Whistleblower & Source Protection
Program
(WHISPeR)
ExposeFacts
910 17th Street, NW
Suite 800
Washington, DC  20006
Tel: (301) 351-3582
Kathleen@exposefacts.org
*Counsel for Appellant Robin S. Marcato*