# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 19-1041**

**September Term, 2018**

**MSPB-DC-0752-18-0075-I-2**

**Filed On: February 22, 2019** [1774433]

Robin S. Marcato,

      Petitioner

      v.

Merit Systems Protection Board,

      Respondent

## <u>N O T I C E</u>

This case was docketed on February 13, 2019. The Merits Systems Protection Board is hereby notified that the attached is a true copy of the petition for review, which was filed on February 13, 2019, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

           **FOR THE COURT:**
           Mark J. Langer, Clerk

     BY:   /s/
           Amy Yacisin
           Deputy Clerk

Attachment:
      Certified Copy of Petition for Review