## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO.    19-1041    2. DATE DOCKETED: 02-13-2019

3. CASE NAME (lead parties only)    Robin S. Marcato    v.    Merit Systems Protection Board

4. TYPE OF CASE: ☒ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ⦿ No
   If YES, cite statute

6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed:    Merit Systems Protection Board (MSPB)
   b. Give agency docket or order number(s):    DC - 0752 - 18 - 0075 - I - 2
   c. Give date(s) of order(s):    November 16, 2018; Became final December 21, 2018
   d. Has a request for rehearing or reconsideration been filed at the agency?  ○ Yes ⦿ No
      If so, when was it filled?    By whom?

      Has the agency acted?  ○ Yes ⦿ No    If so, when?

   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      Appellant has standing because the MSPB Order denied her whistleblowing reprisal claim, which
      resulted in upholding her removal from federal employment.

   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ○ Yes ⦿ No If YES, identify case name(s), docket number(s), and court(s)

   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit
      Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ○ Yes ⦿ No If YES, give case name(s) and number(s) of these cases and identify court/agency:

   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other
      alternative for dispute resolution? ○ Yes ⦿ No If YES, provide program name and participation dates.

Signature /s/ Kathleen McClellan    Date 03-19-2019

Name of Counsel for Appellant/Petitioner Kathleen M. McClellan

Address 910 17th Street NW Suite 800 Washington, D.C. 20006

E-Mail Kathleen@exposefacts.org    Phone ( 301 ) 351-3582    Fax ( ) -

### ATTACH A CERTIFICATE OF SERVICE

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

[ Save ]    [ Reset Form ]    [ Print Form ]

## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify under penalty of perjury that on this 19th day of

March, 2019, I caused a copy of the foregoing "Docketing Statement" to be

filed electronically.

■ This filing was served electronically on all registered parties by operation

of the Court's electronic filing system.

<u>/s/ Kathleen M. McClellan</u>

☐ I caused a copy of this filing to be served via

    ☐ hand delivery

    ☐ mail

    ☐ third-party commercial carrier for delivery within 3 days

    ☐ electronic means, with the written consent of the party being served

to the following address: